■ ST. LUKE'S PENTECOSTAL CHURCH, INC., Appellant, v STEWART TITLE INSURANCE COMPANY, Respondent. [828 NYS2d 907]—In an action, inter alia, to recover damages for breach of contract pursuant to a policy of title insurance, the plaintiff appeals from an order of the Supreme Court, Nassau County (Mahon, J.), dated January 17, 2006, which granted the defendant's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

Contrary to the plaintiff's contentions, the Supreme Court properly granted the defendant's motion for summary judgment dismissing the complaint. The defendant met its prima facie burden of establishing its entitlement to judgment as a matter of law by showing that the plaintiff's claim fell within the exclusions of the policy of title insurance (*see Logan v Barretto*, 251 AD2d 552, 553 [1998]). In opposition, the plaintiff failed to raise an issue of fact.

The plaintiff's remaining contention is without merit. Schmidt, J.P., Crane, Fisher and Dickerson, JJ., concur.